Michael A. BAILEY,[1] Petitioner Below, Appellant,

v.

Jackie J. JACKSON, Respondent Below, Appellee.

No. 333, 2016

Supreme Court of Delaware.

Submitted: July 20, 2016

Decided: August 9, 2016

Court Below—Family Court of the State of Delaware, File No. CN08–05031, Peti-

---

**1.** The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

tion Nos. 13–38057, 14–05488, and 14–16798.

REFUSED.